**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-6911

_____

SYLVIA RYAN WEBSTER,

Plaintiff - Appellant,

versus

VANESSA ADAMS, Alderson Prison Camp,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Chief
District Judge.  (CA-03-690-1)

_____

Submitted:  August 12, 2004          Decided:  August 20, 2004

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sylvia Ryan Webster, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sylvia Ryan Webster appeals the district court's order accepting the report and recommendation of the magistrate judge and dismissing her complaint filed under 28 U.S.C. § 2241 (2000), and also considered under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Webster v. Adams</u>, No. CA-03-690-1 (S.D.W. Va. filed May 13, 2004 & entered May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>